UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BORIS ARMANDO RUIZ,<br><br>          Defendant. | CASE NO. CR22-207-JCC<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense and felon in possession of a firearm. He has a lengthy criminal history and significant problems complying with conditions of state supervision. According to the pretrial investigation, he absconded state supervision in May 2022 until he was arrested for the charges he now faces. Defendant has substance abuse issues and mental health issues.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 12th day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2