UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BORIS ARMANDO RUIZ,<br><br>Defendant. | No. CR22-207-JCC<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Boris Armando Ruiz:

- One Ruger .380 ACP caliber pistol, with a magazine containing five (5) rounds of .380 caliber ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On June 23, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c) as firearms and ammunition involved in Defendant's commission of *Unlawful Possession of a Firearm and*

Final Order of Forfeiture - 1
*United States v. Ruiz,* CR22-207-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Ammunition*, in violation of 18 U.S.C. § 922 (g)(1) and forfeiting the Defendant's interest in it. (Dkt. No. 35);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 40) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibit A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 25th day of November 2024.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Ruiz,* CR22-207-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

3  *s/ Karyn S. Johnson*
   KARYN S. JOHNSON
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
6  Phone: (206) 553-2462
7  Fax: (206) 553-6934
   Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Ruiz,* CR22-207-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970